636

No. 250. WOODS, COURT TRUSTEE, v. GRANADA APARTMENTS, INC., ET AL. November 6, 1939.

No. 257. STANDARD OIL COMPANY OF NEW JERSEY v. BONICI. November 6, 1939.

No. 263. GARRISON v. JOHNSTON, WARDEN. November 6, 1939.

No. 296. ILLINOIS EX REL. EITEL ET AL. v. TOMAN ET AL.; and
No. 297. ILLINOIS EX REL. SEARS, ROEBUCK & Co. v. SAME. November 6, 1939.

No. 223. CARRIER ENGINEERING CORP. v. HORVATH ET AL. November 13, 1939.

No. 322. HIBBARD, SPENCER, BARTLETT & Co. v. CITY OF CHICAGO. November 13, 1939.

No. 390. HEDDEN, TRANSFEREE, v. COMMISSIONER OF INTERNAL REVENUE. November 13, 1939.

No. 391. CONNEEN, TRANSFEREE, v. COMMISSIONER OF INTERNAL REVENUE. November 13, 1939.

No. 392. HATTIE S. HEDDEN, TRANSFEREE, v. COMMISSIONER OF INTERNAL REVENUE; and
No. 393. GERTRUDE S. HEDDEN, TRANSFEREE, v. SAME. November 13, 1939.